■ GEORGE MASSIK, Appellant, v. DONALD ZIMMERMAN, Respondent.— Order unanimously reversed, with costs, and motion denied. Memorandum:

By reason of the provisions of CPLR 302 (subd. [a], par. 2) personal jurisdiction over the defendant, a nondomiciliary at the time of service but who was a New York domiciliary at the time of the commission of alleged tortious acts within the State, was effected by personal service outside the State. (See *State of New York* v. *Davies*, 24 A D 2d 240.) (Appeal from order of Erie Special Term dismissing complaint.) Present — Williams, P.J., Bastow, Goldman, Del Vecchio and Marsh, JJ. [48 Misc 2d 217.]